UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 14-56-DLB-EBA
CIVIL ACTION NO. 16-203-DLB-EBA

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

DIRALE ELLIS                                                              DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 53), wherein he recommends that Defendant Dirale Ellis's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 45) be **denied**. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.

Having reviewed the Magistrate Judge's thorough R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be denied. Accordingly,

**IT IS HEREBY ORDERED** as follows:

(1)   The Report and Recommendation of the United States Magistrate Judge (Doc. # 53) be, and hereby is, **adopted** in full as the findings of fact and conclusions of law of the Court;

1

(2)     Defendant Dirale Ellis's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. # 45) is **denied**;

(3)     For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)     This matter is hereby **dismissed with prejudice** and **stricken** from the Court's active docket.

This 2nd day of August, 2017.

Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2014\14-56 R&R re 2255.wpd